FILED

JAN 25 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NAJI JAWDAT HAMDAN; HOSSAM HEMDAN; ACLU FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION, a component of the U.S. Department of Justice; U.S. NATIONAL CENTRAL BUREAU-INTERPOL, a component of the U.S. Department of Justice; NATIONAL SECURITY DIVISION, a component of the U.S. Department of Justice; DEPARTMENT OF STATE; UNITED STATES CENTRAL INTELLIGENCE AGENCY; UNITED STATES DEPARTMENT OF DEFENSE; DEFENSE INTELLIGENCE AGENCY, a component of the U.S. Department of Defense; DEFENSE OFFICE OF FREEDOM OF INFORMATION, a component of the U.S. Department of Defense; BUREAU OF CUSTOMS & BORDER PROTECTION, a component of the U.S. Department of Homeland Security; TRANSPORTATION SECURITY ADMINISTRATION, a component of the U.S. Department of Homeland Security; OFFICE OF DIRECTOR OF NATIONAL | No. 13-55172<br><br>D.C. No. 2:10-cv-06149-DSF-JEM<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

INTELLIGENCE; U.S. DEPARTMENT
OF HOMELAND SECURITY;
IMMIGRATION AND CUSTOMS
ENFORCEMENT, a component of the
U.S. Department of Homeland Security;
OFFICE OF INTELLIGENCE AND
ANALYSIS, a component of the U.S.
Department of Homeland Security,

    Defendants - Appellees.

Before: GOULD and TALLMAN, Circuit Judges and KORMAN,[*] Senior District Judge.

  The panel voted to deny Appellants' Petition for Rehearing.

  Judges Gould and Tallman voted to deny Appellants' Petition for Rehearing En Banc, and Judge Korman has so recommended.

  The full court has been advised of Appellant's Petition for En Banc Rehearing and no judge of the court has requested a vote on the Petition for Rehearing En Banc. Fed. R. App. P. 35.

  Appellant's Petition for Rehearing and the Petition for Rehearing En Banc are DENIED.

---

  [*] The Honorable Edward R. Korman, Senior District Judge for the U.S. District Court for the Eastern District of New York, sitting by designation.